**In re Johnnie Wayne DAVENPORT, Petitioner.**

No. 14–2331.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 25, 2015.

Decided: March 3, 2015.

Johnnie Wayne Davenport, Petitioner Pro Se.

Before NIEMEYER, KING, and THACKER, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Johnnie Wayne Davenport petitions for a writ of mandamus, alleging that the dis-

trict court has unduly delayed in ruling on his "Motion for Relief from Judgment". He seeks an order from this court directing the district court to act. We find the present record does not reveal undue delay in the district court. Accordingly, we grant leave to proceed in forma pauperis, deny his "Motion to Certify Constitutional Question," and deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED.*